# EXHIBIT 6

http://www.grandcl.com/en/about/architecture.php          (*Accessed on* 11/15/2011 12:24 P.M.)

# EXHIBIT 7

http://www.grandcl.com/en/about/architecture.php

Grand China Shipping Development Co. Ltd



HNA
Grand China Shipping Development
大新华航运发展

**Contacter:**Guanmian Xu
**Phone:**(86)21-61759000
**Address:**15th floor, Pudong Development Bank Mansion, 588 South
Pudong Rd., Pudong New Area, Shanghai.

Grand China Shipping Development Co. Ltd was established in August 2009,
with registered capital of 300 million RMB from GCL and Grand China Logistics
Co. Ltd, to operate and manage internal shipping capacity of the group. We have
27 employees, 19% of whom returned from other countries.
Currently, our total asset is 866 million RMB and total revenue is 567 million
RMB.
Our business covers: international bulk cargo routes; domestic common freighter
transport on coast, in middle-lower reaches of Yangtze River and in Pearl River;
technology consulting in the shipping realm. We focus on domestic and
international trade, development of bulk cargo fleet and general cargo fleet
simultaneously. Due to our comprehensive services, we became the main
platform for bulk cargo and general cargo business of the group.
Our bulk cargo business reaches everywhere around the world, with long-term
experience in Australia, Latin America and Indonesia. We have our own fleet,
abundant experience and excellent capability of controlling and executing
shipping tasks globally, and good relationship with many large consignors. Via
bareboat charter & time charter, our shipping capacity maintains at around 30
ships all year round, including Cpaesize, Pnamax, Supramax and Handysize.
Every model has long-term COA and cargo support, which enables us to fulfill
balance between ships and cargo.
We are planning to build a 150-bulk-general-cargo fleet (including 50 self-owned
ships), with some complementary time-chartered ships, to cover the global
market, enabling most of our fleet to resist market fluctuation. Another plan is
making our bulk-general-cargo business go public in 3 years to become a global
leading company of its kind.

GP02209 – Shanghai Grand China Shipping Development Co. Ltd & Grand China Logistics
Holdings (Group) Company Ltd.

---

the GC group. In some cases, such as in the charter-party undertaken between IP and
Shanghai GCSDCL a parental guarantee may be provided by GCL. However this is not
always the case and some owners report the mention of another group related entity HNA
Group providing such security.

We understand from our sources in China that the latter is the financial backer for the GC
group. The HNA Group is a large Chinese conglomerate involved in various activities and
industries including the aviation industry (through its subsidiary Hainan Airlines), real estate,
tourism, retail and logistics. It is understood from our market sources in China that the HNA
Group is not involved in the day-to-day running of the shipping activities of the GC group but
rather acts as a financial backer providing the capital enabling the GC group to function.

We are also aware from our sources in China and from the shipping press that the GCL group
maintains an interest in two shipyards in China, namely Zhejiang Jinhai Heavy Industry Co
and Titan Quanzhou Shipyard.[2]

## Shanghai Grand China Shipping Development Co Ltd ('Shanghai GCSDCL')

We undertook a corporate search into Shanghai GCSDCL through our correspondent in
China and have been able to ascertain that the company was registered at the Shanghai
Municipal Administration for Industry and Commerce. It was incorporated on the 18th August
2009 with registration number 310115001146216. The registered address is given as:

> Room 414, Tower A,
> No 188 Yesheng Road,
> Yangshan Free Trade Zone,

---

[2] Appendix 1 – 'China backs big heavylift Ambitions' –Tradewinds Article – 23rd March 2011.

Confidential: Not for Disclosure to 3rd Parties, Court or Arbitration Proceedings Without Express Authorisation

GP02209 – Shanghai Grand China Shipping Development Co. Ltd & Grand China Logistics Holdings (Group) Company Ltd.

Pudong New District, Shanghai, PRC

A separate trading address is given as:

Fl. 15,
Pudong Development Building,
No 588 Pudong South Road,
Pudong New District,
Shanghai,
PRC.

The share capital of the company is recorded as being RMB 600,000,000 with capital issued being RMB 380,000,000. We note that the share capital was increased from RMB 300,000,000 to RMB 600,000,000 on the 19th May 2011.

The shareholders were listed at the time of incorporation as being:

| Grand China Logistics Holding (Group) Co Ltd | RMB 285,000,000 | 95% |
| Grand China Logistics Co Ltd | RMB 15,000,000 | 5%. |

However we note that at the time the share capital was increased by 100% on the 19th May 2011, the shareholding structure was amended to:

| Grand China Logistics Holding (Group) Co Ltd | RMB 285,000,000 – 97.5% |
| Grand China Logistics Co Ltd | RMB 15,000,000 – 2.5%. |

The company is named as a Limited Liability Company with a legal representative named as a Li Zhong. Mr Li Zhong is also named in the findings as Chairman of the company.

The directors of the company are named as the following:

Confidential: Not for Disclosure to 3rd Parties, Court or Arbitration Proceedings Without Express Authorisation

# EXHIBIT 8



ABOUT US   SERVICES                                              CUSTOMER SERVICE   CONTACT US




## COMPANY PROFILE



Grand China Shipping began trans-pacific business in March, 2011 debuting with the Super Pacific Express (SPX) service. The maiden voyage of GCS into the United States was celebrated shipside at TTI Terminals at the Port of Long Beach. Grand China Logistics Chairman Jia Hongxiang and 300 guests including dignitaries and elected officials welcomed the full vessel with a celebration luncheon. GCS was established in July, 2008 in China as a domestic and international container carrier with a vast service network in Asia.

GCS is a branch of Grand China Logistics Holdings (Group) Co., Ltd. which is building China's first integrated network featuring services in sea and air logistics, financial services, logistics information, and manufacturing. GCL has gross assets of over 50 billion RMB with annual revenue of over 21 billion RMB operating a fleet of over 100 vessels and 14 cargo planes with over 32 thousand employees. The goal of GCL is to achieve annual revenue of 100 billion RMB by the end of 2011.

Grand China Logistics is one of three pillar industries of Hainan Airlines Group (HNA Group). HNA Group was founded in 2000 built from Hainan Airlines (founded in 1993). HNA Group's assets total more than 3,400 billion RMB and annual income of 925 million RMB while employing over 80,000 people. GCAHC coordinates eight subsidiary segments including air transport, logistics, airports, hotels, tourism, retail, finance, and catering.

### Mission Statement

The mission of Grand China Shipping is to develop partnerships and manage customers in a manner which consistently earns our reputation for strong service, stability, and integrity.

# EXHIBIT 9

Grand China Shipping (U.S.A.) | News | GCS Transpacific Service Suspension Notice

11/10/11 3:42 AM

ABOUT US   SERVICES



HNA
Grand China Shipping (U.S.A.)
大新华轮船(烟台)

CUSTOMER SERVICE   CONTACT US

 **NEWS**

SEARCH SITE

## GCS Transpacific Service Suspension Notice

31
Oct 11
8:56 am

## Archive

October - 2011

September - 2011

0

August - 2011

Dear Valued Customers,

July - 2011

Today with regret we are announcing that we will temporarily suspend our SPX service due to unfavorable market conditions. This process will be managed very carefully to ensure an orderly transition which is least disruptive to your supply chain moves.

June - 2011

May - 2011

This is a decision that has been made with sound considerations. The rising bunker costs as well as the weakening economic conditions lead us to believe that we are facing more challenges than any quick and sustainable trade recovery.

April - 2011

Despite the deteriorating market volumes in the Pacific trade over the past months, we have endeavored to run our existing service without interruption, however, with no end in sight to the rate and volume pressures in this trade we have made this difficult decision to suspend the service temporarily. We want to reiterate that we will make every effort to ensure your supply chain is not interrupted.

Here below are the critical dates and information related to our final Eastbound and Westbound voyages:

**Eastbound from China to the U.S. West Coast:**

Our final sailing from China to the U.S. West Coast will be the Cape Madrid voyage 1107E, departing Yantian on November 5th , Xiamen on November 7th, Ningbo on November 9th and Shanghai on November 10th, 2011. All cargo booked and loaded for this vessel will be delivered to the final destination in North America without disruption.

All empty containers not used for above vessel Cape Madrid voyage 1107E should be returned to our container depots in Yantian, Xiamen, Ningbo and Shanghai. Please contact the respective Grand China Shipping (Yantai) Co. Ltd (GCS) offices at these 4 locations.

**Westbound from the U.S. West Coast to China:**

Our final sailing will be Cape Madrid voyage 1107W, sailing Long Beach on November 25th, arriving Xiamen on December 11th, Ningbo on December 13th and Shanghai on December 14th, 2011. The vessel is expected to sail on schedule and cargo will be delivered in China without interruption.

With the temporary suspension of our Trans Pacific service, we will be focusing on our core trade lanes such as the China / Japan and Southeast Asia trades as well as our domestic markets. Our company remains financially sound and we continue to provide reliable services in all these markets.

In case of any questions, please contact your respective GCS account representative. Thank you for the support you have granted Grand China Shipping (Yantai) Co. Ltd and we look forward to continuing to serve you in the Japan, Southeast Asia as well as the domestic markets.

Sincerely,

Li Xialong

General Manager,

Grand China Shipping (Yantai) Co. Ltd

Subscribe to
**RSS**

Privacy Policy   |   Terms of Service   |   Frequently Asked Questions (FAQ)

Copyright © 2011 Grand China Shipping.

# EXHIBIT 10

hnair.com WHOIS domain registration information from Network Solutions                                    11/11/11 7:03 PM

Network Solutions >> Whois >> Results
Log In



- Search
- Renew
- Transfer
- Features
- Private Registration
- Forward

## WHOIS Results for hnair.com

Available domain names similar to hnair.com

Available Extensions

> **hnair**.us
> **hnair**.info
> **hnair**.tv
> **hnair**.co.uk

Available Domains

> piraeus**hnair**.com
> **hnair**inc.com
> hn-wind.com
> show**hnair**.com

Premium Resale Domains

| | |
|---|---|
| airbeline.com | $3,700 |
| airvent.net | $1,188 |
| personair.com | $599 |
| kuwait-air.com | $310 |
| **hnair**.pro | |
| **hnair**.im | |
| **hnair**.co | |
| **hnair**.asia | |
| hnwindinc.com | |
| **hnair**car.com | |
| show**hn**wind.com | |
| open**hnair**.com | |
| one**hnair**.com | |
| **hnair**million.com | |
| airbr.com | $1,395 |
| airlineincentives.com | $3,388 |
| airsplint.com | $999 |

http://www.networksolutions.com/whois-search/hnair.com                                    Page 1 of 5

View more

Add Selected to Cart

**hnair.com**

Is this your domain name? Renew it now.



☐ BOOKMARK

**Current Registrar:** HICHINA ZHICHENG TECHNOLOGY LTD.
**IP Address:**       202.100.200.55 (ARIN & RIPE IP search)
**Record Type:**      Domain Name
**Server Type:**      IIS 6
**Lock Status:**      ok
**WebSite Status:**   Active

```
Domain Name ..................... HNAIR.COM
Name Server ..................... ns2.hnair.com
                                  ns1.hnair.com
Registrant ID ................... hc052724339-cn
Registrant Name ................. Heming Huang
Registrant Organization ......... Hainan Airlines Company Limited
Registrant Address .............. HNA Plaza,No.7 Guoxing Road,Haikou
Registrant City ................. HaiKou
Registrant Province/State ....... HaiNan
Registrant Postal Code .......... 570203
Registrant Country Code ......... CN
Registrant Phone Number ......... +86.089868875627 -
Registrant Fax .................. +86.089868875700 -
Registrant Email ................ hem_huang@hnair.com
Administrative ID ............... hc654349265-cn
Administrative Name ............. Heming Huang
Administrative Organization ..... HNA SYSTEMS CO.,LTD.
Administrative Address .......... HNA Plaza,No.7 Guoxing Road,Haikou
Administrative City ............. HaiKou
Administrative Province/State ... HaiNan
Administrative Postal Code ...... 570203
Administrative Country Code ..... CN
Administrative Phone Number ..... +86.089868875627 -
Administrative Fax .............. +86.089868875700 -
Administrative Email ............ hem_huang@hnair.com
Billing ID ...................... hc643822573-cn
Billing Name .................... Heming Huang
Billing Organization ............ HNA SYSTEMS CO.,LTD.
Billing Address ................. HNA Plaza,No.7 Guoxing Road,Haikou
Billing City .................... HaiKou
Billing Province/State .......... HaiNan
Billing Postal Code ............. 570203
Billing Country Code ............ CN
```

```
Billing Phone Number ............ +86.089868875627 -
Billing Fax ..................... +86.089868875700 -
Billing Email ................... hem_huang@hnair.com
Technical ID .................... hc600544753-cn
Technical Name .................. Heming Huang
Technical Organization .......... HNA SYSTEMS CO.,LTD.
Technical Address ............... HNA Plaza,No.7 Guoxing Road,Haikou
Technical City .................. HaiKou
Technical Province/State ........ HaiNan
Technical Postal Code ........... 570203
Technical Country Code .......... CN
Technical Phone Number .......... +86.089868875627 -
Technical Fax ................... +86.089868875700 -
Technical Email ................. hem_huang@hnair.com
Expiration Date ................. 2013-02-02 05:00:00
```

The previous information has been obtained either directly from the registrant or a registrar of the domain name other than Network Solutions. Network Solutions, therefore, does not guarantee its accuracy or completeness.

Show underlying registry data for this record

Make an instant, anonymous offer to the current domain registrant. Learn More

Make Offer

Search Again

Search again here...

Search by either

Domain Name e.g. networksolutions.com
IP Address e.g. 205.178.187.13

Search

When you register a domain name, current policies require that the contact information for your domain name registration be included in a public database known as WHOIS. To learn about actions you can take to protect your WHOIS information visit www.internetprivacyadvocate.org.

NOTICE AND TERMS OF USE: You are not authorized to access or query our WHOIS database through the use of high-volume, automated, electronic processes or for the purpose or purposes of using the data in any manner that violates these terms of use. The Data in Network Solutions' WHOIS database is provided by Network Solutions for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. Network Solutions does not guarantee its accuracy. By submitting a WHOIS query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via direct mail, e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to Network Solutions (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of Network Solutions. You agree not to use high-volume, automated, electronic processes to access or query the WHOIS database. Network Solutions reserves all rights and remedies it now has or may have in the future, including, but not limited to, the right to terminate your access to the WHOIS database in its sole discretion, for any violations by you of these terms of use, including without limitation, for excessive querying of the WHOIS database or for failure to otherwise abide by these terms of use. Network Solutions reserves the right to modify these terms at any time.

hnair.com WHOIS domain registration information from Network Solutions

11/11/11 7:03 PM



Processing...



Network Solutions >> Whois >> **Results**
Log In

ns WebAddress™

- Search
- Renew
- Transfer
- Features
- Private Registration
- Forward

## WHOIS Results for gcdevelop.com

Available domain names similar to gcdevelop.com

Available Extensions

**gcdevelop**.net
**gcdevelop**.tel
**gcdevelop**.org
**gcdevelop**.us

Available Domains

gc-develop.com
gccreate.com
gc-create.com
net**gcdevelop**.com

Premium Resale Domains

| | |
|---|---|
| developfx.com | **$895** |
| developads.com | **$1,788** |
| developpe.net | **$995** |
| developweb.com | **$13,080** |
| **gcdevelop**.eu | |
| **gcdevelop**.info | |
| **gcdevelop**.mobi | |
| **gcdevelop**.biz | |
| **gcdevelop**.tv | |
| **gcdevelop**.co.uk | |
| **gcdevelop**net.com | |
| **gcdevelop**biz.com | |
| gccreatenet.com | |
| gccreatebiz.com | |
| netgccreate.com | |
| gcdavelop.com | |
| developasp.com | **$1,695** |

gcdevelop.com WHOIS domain registration information from Network Solutions                                          11/11/11 7:11 PM

gcdi.net          **$1,188**
developbiz.com    **$2,088**

View more

Add Selected to Cart

gcdevelop.com

Is this your domain name? Renew it now.



☐ BOOKMARK ▪▮ ▯ ▯ ▯

**Current Registrar:** HICHINA ZHICHENG TECHNOLOGY LTD.

**Lock Status:**       ok

```
Domain Name ..................... GCDEVELOP.COM
Name Server ..................... ns1.hnair.com
                                  ns2.hnair.com
Registrant ID ................... hc880250585-cn
Registrant Name ................. Claudia Chuang
Registrant Organization ......... Shanghai Grand China Shipping Devel
Registrant Address .............. 8F YouYou International Plaza,No.76
Rd.,Pudong,Shanghai
Registrant City ................. shanghaishi
Registrant Province/State ....... shanghai
Registrant Postal Code .......... 200127
Registrant Country Code ......... CN
Registrant Phone Number ......... +86.02150391986 -
Registrant Fax .................. +86.02150391161 -
Registrant Email ................ yun-zhang@hnair.com
Administrative ID ............... hc880250585-cn
Administrative Name ............. Claudia Chuang
Administrative Organization ..... Shanghai Grand China Shipping Devel
Administrative Address .......... 8F YouYou International Plaza,No.76
Rd.,Pudong,Shanghai
Administrative City ............. shanghaishi
Administrative Province/State ... shanghai
Administrative Postal Code ...... 200127
Administrative Country Code ..... CN
Administrative Phone Number ..... +86.02150391986 -
Administrative Fax .............. +86.02150391161 -
Administrative Email ............ yun-zhang@hnair.com
Billing ID ...................... hichina001-cn
Billing Name .................... hichina
Billing Organization ............ HiChina Web Solutions Limited
Billing Address ................. 3/F., HiChina Mansion
                                  No.27 Gulouwai Avenue
                                  Dongcheng District
Billing City .................... Beijing
Billing Province/State .......... Beijing
Billing Postal Code ............. 100011
```

```
Billing Country Code ............ CN
Billing Phone Number ............ +86.01064242299 -
Billing Fax ..................... +86.01064258796 -
Billing Email ................... domainadm@hichina.com
Technical ID .................... hichina001-cn
Technical Name .................. hichina
Technical Organization .......... HiChina Web Solutions Limited
Technical Address ............... 3/F., HiChina Mansion
                                  No.27 Gulouwai Avenue
                                  Dongcheng District
Technical City .................. Beijing
Technical Province/State ........ Beijing
Technical Postal Code ........... 100011
Technical Country Code .......... CN
Technical Phone Number .......... +86.01064242299 -
Technical Fax ................... +86.01064258796 -
Technical Email ................. domainadm@hichina.com
Expiration Date ................. 2015-03-15 07:08:35
```

The previous information has been obtained either directly from the registrant or a registrar of the domain name other than Network Solutions. Network Solutions, therefore, does not guarantee its accuracy or completeness.

Show underlying registry data for this record

Make an instant, anonymous offer to the current domain registrant. Learn More

Make Offer

Search Again

gcdevelop.com WHOIS domain registration information from Network Solutions                                                11/11/11 7:11 PM

Search again here...

Search by either

Domain Name e.g. networksolutions.com
IP Address e.g. 205.178.187.13

Search

When you register a domain name, current policies require that the contact information for your domain name registration
be included in a public database known as WHOIS. To learn about actions you can take to protect your WHOIS
information visit www.internetprivacyadvocate.org.

NOTICE AND TERMS OF USE: You are not authorized to access or query our WHOIS database through the use of
high-volume, automated, electronic processes or for the purpose or purposes of using the data in any manner that violates
these terms of use. The Data in Network Solutions' WHOIS database is provided by Network Solutions for information
purposes only, and to assist persons in obtaining information about or related to a domain name registration record.
Network Solutions does not guarantee its accuracy. By submitting a WHOIS query, you agree to abide by the following
terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use
this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or
solicitations via direct mail, e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes
that apply to Network Solutions (or its computer systems). The compilation, repackaging, dissemination or other use of
this Data is expressly prohibited without the prior written consent of Network Solutions. You agree not to use high-
volume, automated, electronic processes to access or query the WHOIS database. Network Solutions reserves all rights
and remedies it now has or may have in the future, including, but not limited to, the right to terminate your access to the
WHOIS database in its sole discretion, for any violations by you of these terms of use, including without limitation, for
excessive querying of the WHOIS database or for failure to otherwise abide by these terms of use. Network Solutions

excessive querying of the WHOIS database or for failure to otherwise abide by these terms of use. Network Solutions reserves the right to modify these terms at any time.



Processing...



# EXHIBIT 11

1  BEN J. HIMMELSTEIN
   WONG FUJII CARTER, PC
2  Phoenix Corporate Center
   3003 N. Central Avenue
3  Suite 1000
   Phoenix, AZ 85012
4  T: (602) 287-3360
5  F: (602) 287-3365
   BHimmelstein@WongFujiiCarter.com
6
   GEORGE A. GAITAS (*pro hac vice application forthcoming*)
7  Federal Bar No. 705176
   CHALOS & CO, P.C.
8  7210 Tickner Street
   Houston, TX 77055
9  Telephone: (713) 936-2427
   Facsimile:  (866) 702-4577
10 Email: gaitas@chaloslaw.com
11
   Attorneys for Plaintiff
12 IRON PASHA INC.
13
14              **UNITED STATES DISTRICT COURT**
                    **DISTRICT OF ARIZONA**
15
16 IRON PASHA, INC.                          )
                            Plaintiff        )
17                 v.                         )     **CASE NO.:**
                                             )
18 *SHANGHAI GRAND CHINA SHIPPING*           )     (**ADMIRALTY**)
   DEVELOPMENT CO. LTD; HONG KONG            )
19 CHAIN GLORY SHIPPING CO., LTD; GRAND      )     <u>**ATTORNEY'S AFFIDAVIT THAT**</u>
   CHINA LOGISTICS HOLDINGS (GROUP)          )     <u>**DEFENDANT CANNOT BE FOUND**</u>
20 COMPANY LIMITED; GRAND CHINA              )     <u>**WITHIN THE DISTRICT**</u>
   SHIPPING (YANTAI) CO., LTD; HNA GROUP     )
21 CO., LTD.                                 )
                            Defendants
22
23         This affidavit is executed by George A. Gaitas, counsel for the Plaintiff, IRON PASHA INC.,
24 in order to secure the issuance of a Summons and Process of Maritime Attachment and Garnishment
25 in the above-captioned Admiralty Cause.
26         Pursuant to 28 U.S.C. §1746, George A. Gaitas, declares under the penalty of perjury:
27         I am a Member of the firm of CHALOS & CO, P.C., attorneys for Plaintiff in the above
28 referenced matter.

                                          - 1 -

I am familiar with the circumstances of the Verified Complaint, and I submit this declaration in support of Plaintiff's request for the issuance of Process of Maritime Attachment and Garnishment of the property of the Defendants, SHANGHAI GRAND CHINA SHIPPING DEVELOPMENT CO. LTD; HONG KONG CHAIN GLORY SHIPPING CO., LTD; GRAND CHINA LOGISTICS HOLDINGS (GROUP) COMPANY LIMITED; GRAND CHINA SHIPPING (YANTAI) CO. LTD; HNA GROUP CO., LTD., pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.

I have personally inquired or have directed inquiries into the presence of the Defendants in this District.

I have directed attorneys in my firm to check with the office of the Arizona Secretary of State, using the Secretary of State's database, and have determined that, as of November 18, 2011, the Defendant is not incorporated pursuant to the laws of Arizona, and has not nominated any agent for the service of process within the State.

I have directed attorneys in my firm to engage a search of the Superpages telephone directory on the internet, and determined that there are no telephone listings or addresses for the Defendant within this District.

I have directed attorneys in my firm to engage in a Google search as to whether the Defendant can be located within this District. The Google search results did not provide any information that Defendant is found in this District.

I am unaware of any general or managing agent(s) within this District for the Defendant.

In that I have been able to determine that the Defendant has not appointed an agent for service of process within the state of Arizona and that I have found no indication that the Defendant can be found within this District for the purposes of Rule B, I have formed a good faith belief based on the investigation of the attorneys under my direction that the Defendant does not have sufficient contacts or business activities within this District and does not have any offices or agents within this District to

defeat maritime attachment under Rule B of the Supplemental Rules for Admiralty and Maritime Claims as set forth in the Federal Rules of Civil Procedure.

It is my belief, based upon an investigation performed by attorneys in my firm under my direction, that the Defendant cannot be found within this District for the purposes of Rule B of the Supplemental Rules of Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.

Date:   November 18, 2011

        Houston, TX

Respectfully Submitted,

CHALOS & CO, P.C.

By:   _George A. Gaitas_

George A. Gaitas (*pro hac vice application forthcoming*)
Federal Bar No. 705176
Chalos & Co, P.C.
7210 Tickner Street,
Houston, Texas 77055
Telephone: 713-936-2427
Facsimile: 866-702-4577
*Attorneys for Plaintiff*

OF COUNSEL
BEN J. HIMMELSTEIN
WONG FUJII CARTER, PC
Phoenix Corporate Center
3003 N. Central Avenue
Suite 1000
Phoenix, AZ 85012
T: (602) 287-3360
F: (602) 287-3365
BHimmelstein@WongFujiiCarter.com